```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 57160
   KEMBERLY D NELSON WILLIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7128


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED              8610.39       835.16        1265.23
WELLS FARGO BANK           CURRENT MORTG           .00           .00            .00
ACL INC                    UNSECURED          NOT FILED          .00            .00
ADVOCATE SOUTH SUBURBAN    UNSECURED          NOT FILED          .00            .00
ADVOCATE SOUTH SUBURBAN    UNSECURED          NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED          NOT FILED          .00            .00
CHRIST HOSPITAL MEDICAL    UNSECURED          NOT FILED          .00            .00
CHRIST HOSPITAL MEDICAL    UNSECURED          NOT FILED          .00            .00
CHRIST HOSPITAL MEDICAL    UNSECURED          NOT FILED          .00            .00
CINGULAR WIRELESS          UNSECURED          NOT FILED          .00            .00
CITIBANK                   UNSECURED          NOT FILED          .00            .00
FCNB MASTERCARD            UNSECURED          NOT FILED          .00            .00
FIRST FINANCIAL ASSET MG   UNSECURED          NOT FILED          .00            .00
HARLEM FURNITURE           UNSECURED          NOT FILED          .00            .00
HOMEWOOD DISPOSAL SERVIC   UNSECURED          NOT FILED          .00            .00
ACL LABORATORIES           UNSECURED          NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED          NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED          NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED          NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED          NOT FILED          .00            .00
RISK MANAGEMENT ALTERNAT   NOTICE ONLY        NOT FILED          .00            .00
B-LINE LLC                 UNSECURED                .00          .00            .00
GC SERVICES LP COLLECTIO   NOTICE ONLY        NOT FILED          .00            .00
B-LINE LLC                 UNSECURED             352.50          .00            .00
STONE FOREST APARTMENTS    UNSECURED          NOT FILED          .00            .00
SUBURBAN PLASTIC SURGERY   UNSECURED          NOT FILED          .00            .00
RNB/TARGET                 UNSECURED          NOT FILED          .00            .00
EHS TRINITY HOSPITAL       UNSECURED          NOT FILED          .00            .00
SALLIE MAE INC             UNSECURED            2364.20          .00            .00
SM SERVICING               NOTICE ONLY        NOT FILED          .00            .00
MCSCI                      UNSECURED             250.00          .00            .00
WELLS FARGO BANK           MORTGAGE ARRE      19166.73          .00         2439.21

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 57160 KEMBERLY D NELSON WILLIS
```

```
TRIAD FINANCIAL CORP     UNSECURED         11750.17           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED           191.63           .00            .00
GRAY & IDRIS PC          REIMBURSEMENT       194.00           .00         194.00
GRAY & IDRIS PC          DEBTOR ATTY       2,200.00                     2,200.00
TOM VAUGHN               TRUSTEE                                          337.77
DEBTOR REFUND            REFUND                                           808.63


       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   8,080.00

PRIORITY                                             194.00
SECURED                                            3,704.44
    INTEREST                                         835.16
UNSECURED                                               .00
ADMINISTRATIVE                                     2,200.00
TRUSTEE COMPENSATION                                 337.77
DEBTOR REFUND                                        808.63
                         --------------        --------------
TOTALS                    8,080.00                 8,080.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 10/18/07                 /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 05 B 57160 KEMBERLY D NELSON WILLIS